BRIAN L. COGGINS (SBN 239481)
**COGGINS LAW, PC**
9001 Foothills Blvd., Suite 110
Roseville, CA 95747
Telephone:  (916) 270-2895
Facsimile:    (916) 270-2894
Email: blc@cogginslawoffice.com

    Attorneys for Debtor(s)
  Jeffrey Neal McCoy &
  Victoria N. McCoy

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

–o0o–

| | |
|---|---|
| IN RE: | Case No.: 08-28960 |
| | Chapter 13 |
| JEFFREY NEAL MCCOY & | DCN: BLC-006 |
| VICTORIA N. MCCOY, | |
| | Judge: Ronald H. Sargis |
| | Date:   November 19, 2013 |
| Debtor(s). | Time:   3:00 PM |
| | Place:  501 "I" Street, 6th Floor |
| Soc. Sec. No.: XXX-XX-6014 | Department E – Courtroom 33 |
| Soc. Sec. No.: XXX-XX-0573 | |

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

That I am a citizen of the United States, over the age of 18 years, and not a party to the within cause. My business address is 9001 Foothills Blvd., Suite 110, Roseville CA 95747.

That on September 27, 2013, I served the **Notice of Hearing on Objection to POC,**

**Exhibits in Support, and Debtor's Declaration in Support of Objection POC** by depositing a true copy thereof enclosed in a sealed envelope with the postage thereon full prepaid, in the United States mail at Roseville, CA 95747. Addressed as follows:

| | |
|---|---|
| U.S. TRUSTEE | CHAPTER 13 TRUSTEE |
| 501 I STREET, ROOM 7-500 | PO BOX 1858 |
| SACRAMENTO, CA 95814 | SACRAMENTO, CA 95812-1858 |

**COMMERCIAL TRADE, INC.**

C/O HAL ENNIS, PRESIDENT          By Certified Mail

5330 OFFICE CENTER CT, SUITE C

BAKERSFIELD, CA 93389

**COMMERCIAL TRADE BUREAU OF CALIFORNIA**

PO BOX 10389

BAKERSFIELD, CA 93389

JEFFREY AND VICTORIA MCCOY

416 SAVANNAH DRIVE

LINCOLN, CA 95648

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Placer, California.

/s/ Tonia L. Coggins

Tonia Coggins, DECLARANT